CHAMBERS OF
**THOMAS C. PLATT**
DISTRICT JUDGE

**United States District Court**
**Eastern District of New York**
**Central Islip, New York 11722-9014**

MAILING ADDRESS:
P.O. Box 9014

EXPRESS MAIL ADDRESS:
100 Federal Plaza

August 15, 2007

Committee on Financial Disclosure
Administrative Office of the United States Courts
ATTN: Catherine Jackson
Thurgood Murshall Federal Judiciary Building
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

Re:    2006 Report

Dear Ms. Jackson:

In re: GM stock in name of the undersigned and co-Trustee interest to the benefit of co-Trustee: Under an agreement that I made with the Chairman of one of your prior Committees (after his consultation with the Committee), I was required to report only a listing of the stock at the beginning and end of the year. If the stock (as was the case with GM in 2006) were sold by the Trustees during the year 2006, I needed only to report that it was not in the hands of the Trustees at the beginning of the year 2007.

With respect to the ██████ of Host Hotels stock, it appears that on April 12, 2006, these ██████ were spun off from Starwood Hotels with a value, at that time, of $462.40 and was listed in my holdings at the end of the calendar year 2006.

If your Committee needs any further information, please let me know.



United States District Judge

TCP:tp

| AO 10 Rev. 1/2007 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2006 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) PLATT, THOMAS C | 2. Court or Organization EASTERN DISTRICT OF NEW YORK | 3. Date of Report 04/30/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. DISTRICT JUDGE (SENIOR) | 5a. Report Type (check appropriate type) ☐ Nomination,   Date ☐ Initial   ☒ Annual   ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2006 to 12/31/2006 |
| 7. Chambers or Office Address U.S. DISTRICT COURT P.O. BOX 9014 CENTRAL ISLIP, NEW YORK 11722 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | ▬▬▬▬▬▬ |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | Trustee (Commissions - ████████ | $ 10,749.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☒ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS *— transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | ALI/ABA | T*, F, L - H & █Charleston, South Carolina 4/30/06 - 5/2/06 |
| 2. | ALI/ABA | T*, F, L - H & █China 6/5/06 - 6/15/06 |
| 3. | Federal Judicial Center | T* , F, L - H & █New York, New York 3/16/06 - 3/17/06 |
| 4. | Transferee Judges Conference | T*, F, L - H & █Palm Beach, Florida 1/9/06 - 1/12/06 |
| 5. | Transferee Judges Conference | T*, F, L - H & █Palm Beach, Florida 10/17/06 - 10/19/06 |

| Name of Person Reporting | Date of Report |
|---|---|
| PLATT, THOMAS C | 04/30/2007 |

6.                                                        *H only.

| Name of Person Reporting | Date of Report |
|---|---|
| PLATT, THOMAS C | 04/30/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X]    NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X]    NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PLATT, THOMAS C | 04/30/2007 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Allstate Corp. Common | B | Dividend | L | T | | | | | |
| 2. Black & Decker Common | A | Dividend | K | T | | | | | |
| 3. Burlington Res. Common | A | Dividend | N | T | Sold | 04/03 | K | G | Sold to Conoco Philips |
| 4. Canadian Pacific (Ltd.) Common | A | Dividend | K | T | | | | | |
| 5. Conoco Philips | C | Dividend | M | T | | | | | |
| 6. Direct TV Group Inc. | | None | J | T | | | | | |
| 7. Dupont de Nemours Common | A | Dividend | K | T | | | | | |
| 8. El Paso Corp. Common | A | Dividend | K | T | | | | | |
| 9. Encana Corp. Common | A | Dividend | L | T | | | | | |
| 10. Exxon Mobil Common | E | Dividend | P1 | T | | | | | |
| 11. Fairmont Hotels Common | A | Dividend | | | Merger Exch. | 05/15 | K | E | |
| 12. Fording CDN Coal Trust Common | A | Dividend | J | T | | | | | |
| 13. General Electric Common | E | Dividend | P1 | T | | | | | |
| 14. Halliburton Co. Common | D | Dividend | O | T | | | | | |
| 15. Hartford Fin. Serv. Group Common | A | Dividend | J | T | | | | | |
| 16. Host Hotels & Resorts | A | Dividend | J | T | Partial Sale | 04/12 | J | A | |
| 17. IBM Common | B | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PLATT, THOMAS C | 04/30/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. International Paper Co. Common | A | Dividend | K | T | | | | | |
| 19. ITT Industries Common | A | Dividend | J | T | | | | | |
| 20. LL & E Royalty Trust | | None | | | Sold | 04/18 | J | | Loss T |
| 21. Morgan Stanley Dean Witter Common | B | Dividend | L | T | | | | | |
| 22. News Corp. Ltd. Preferred | | None | J | T | | | | | |
| 23. Pepsico Common | C | Dividend | M | T | | | | | |
| 24. Progress Energy Common | A | Dividend | J | T | | | | | |
| 25. Sears Holding Corp. | | None | K | T | | | | | |
| 26. Starwood Hotels Common | A | Dividend | J | T | Taxable Exch | 04/10 | J | | |
| 27. Sun Trust Common | A | Dividend | J | T | | | | | |
| 28. Yum Brands Common | A | Dividend | K | T | | | | | |
| 29. Scudder Gov't Money Fund Common | A | Dividend | | | Redemption | 05/18 | J | | Scudder |
| 30. Paine Webber Cash Fund | G | Int./Div. | P1 | T | | | | | |
| 31. Chase Bank | B | Interest | L | T | | | | | |
| 32. US Series H Bonds | B | Interest | L | T | | | | | |
| 33. Chase IRA's | A | Interest | J | T | | | | | |
| 34. * * * * * * * * | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| PLATT, THOMAS C | 04/30/2007 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Trustee - Trust Aunt | F | Dividend | P1 | T | | | | | |
| 36. Direct TV Group Inc. | | | | | | | | | |
| 37. Du Pont De Nemours | | | | | | | | | |
| 38. Electronic Data Sys Corp New | | | | | | | | | |
| 39. Exxon Mobil Corp. | | | | | | | | | |
| 40. Genl Electric Co | | | | | | | | | |
| 41. Intl Paper Co | | | | | | | | | |
| 42. News Corp. Ltd. | | | | | | | | | |
| 43. Pepco Holdings, Inc. | | | | | | | | | |
| 44. Raytheon Co CL A | | | | | | | | | |
| 45. Xcel Energy Inc. (formerly Nthn States Power Minn) | | | | | | | | | |
| 46. Paine Webber RMA-Govt Cash Fund | | | | | | | | | |
| 47. U.S. Treasury Note | | | | | | | | | |
| 48. | | | | | | | | | |
| 49. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

In or about February 1994, Mrs. Platt and I purchased a two week annua███████████in a unit in Berkshire By The Sea for a value code "J," located in Delray Beach, Florida for use by us in the first two weeks in February in each succeeding year. I am advised that the "cost value" has not changed over the past thirteen years. We have not rented the unit to anyone in any of those years and are still using it as our annual two weeks████████I have never regarded it as an investment since we have not leased it and have used it solely for███████purpose.

| Name of Person Reporting | Date of Report |
|---|---|
| PLATT, THOMAS C | 04/30/2007 |

## IX. CERTIFICATION.

   I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

   I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____ Date _____ May 1, 2007 _____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544